UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **GRAND JURY ORIGINAL** |
| | : | |
| v. | : | **Criminal No. 1:24-** |
| | : | |
| **DANA GARNETT,** | : | **VIOLATIONS:** |
| | : | |
| Defendant. | : | 18 U.S.C. §§ 201(b)(2) & 2 |
| | : | (Bribery) (Count 1) |
| | : | |
| | : | 18 U.S.C. §§ 1343 and 1346 & 2 |
| | : | (Wire Fraud) (Counts 2 and 3) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. |
| | : | § 2461(c) |

## INDICTMENT

The Grand Jury charges that, on or about the dates and times stated herein, at all times material to this indictment:

### Background

1. Dana Garnett, Patricia Bailey, and Person 1 were all employees of the District of Columbia Public Schools (DCPS) and public officials of the District of Columbia.

2. Donald McWhirter owned and operated a company, General Merchandise Supplies Unlimited (General Merchandise) that did business with the District of Columbia government.

### COUNT ONE
(Bribery)

3. The background allegations are incorporated herein.

4. From June 11, 2019, to until at least August 2023, within the District of Columbia and elsewhere, the defendant,

Dana Garnett,

being a public official, and aided and abetted by Patricia Bailey and Person 1, directly and indirectly, corruptly did demand, seek, receive, accept, and agree to receive and accept anything of value from Donald McWhirter in return for being influenced in the performance of an official act, and being induced to do or omit to do any act in violation of **Dana Garnett**'s lawful duty, and in return for being influenced to commit and aid in committing, and to collude in, and allow, any fraud, and make opportunity for the commission of any fraud, on the United States. That is, **Dana Garnett**, aided and abetted by Bailey and Person 1, demanded, sought, received, accepted, and agreed to accept money from McWhirter, and in exchange, **Dana Garnett**, aided and abetted by Bailey and Person 1, awarded DCPS business to General Merchandise, facilitated entry of General Merchandise into DCPS's American Express Buy-Down Program; and committed fraud against DCPS by arranging for DCPS to pay for supplies ordered from General Merchandise that the company did not deliver to DCPS.

(All in Violation of Title 18, United States Code, Sections 201(b)(2) & 2)

## COUNTS TWO AND THREE
(Wire Fraud)

5. The background allegations are incorporated herein.

### The Scheme

6. Beginning at least as early as June 11, 2019, and continuing until at least August 2023, in the District of Columbia and elsewhere, the defendant,

**Dana Garnett**

aided and abetted by Patricia Bailey and Public Official 1, devised and intended to devise and participated in a scheme and artifice to defraud, for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and to deprive the public of the

honest services of **Dana Garnett** through bribes and kickbacks and concealment of material information.

## Purpose of the Scheme

7. A purpose of the scheme was for **Dana Garnett** to enrich herself by accepting payments in exchange for favorable official action.

## Manner and Means

8. The scheme and artifice was carried out in the following manner and means, among others:

    a. **Dana Garnett** solicited and accepted items of value from Donald McWhirter; and

    b. **Dana Garnett** provided favorable official action on behalf of McWhirter as requested and as opportunities arose, including by awarding DCPS business to General Merchandise, facilitating entry of General Merchandise into DCPS's American Express Buy-Down Program; and committing fraud against DCPS by arranging for DCPS to pay for supplies ordered from General Merchandise that the company did not deliver to DCPS.

## Execution of the Scheme

9. On the following dates, for the purpose of executing such scheme and artifice, the defendant transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds:

| COUNT | APPROXIMATE DATE OF WIRE COMMUNICATION | DESCRIPTION |
|---|---|---|
| 2 | June 13, 2019 | Donald McWhirter payment of $1,000 via Cash App to **Dana Garnett** |

| COUNT | APPROXIMATE DATE OF WIRE COMMUNICATION | DESCRIPTION |
|---|---|---|
| 3 | September 26, 2019 | Email from Donald McWhirter, on behalf of General Merchandise, to **Dana Garnett** regarding invoice number 22513 |

**(Money, Property, and Honest Services Wire Fraud and Aiding and Abetting, in violation of Title 18, United States Code, Sections 1343, 1346, 2)**

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 1, 2, or 3 of this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

A TRUE BILL

_____
Foreperson
Date:

_____
MATTHEW M. GRAVES
United States Attorney
for the District of Columbia