# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24-cr-281 (APM) |
| v. : | |
| : | |
| : | |
| DANA GARNETT and : | |
| YELAKE MESERETU, : | |
| : | |
| Defendants. : | |

## WITHDRAWAL OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, hereby informs the Court that Assistant United States Attorney Elizabeth Aloi is withdrawing her appearance in the above captioned matter as co-counsel for the United States of America.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY

By:   */s/ Elizabeth Aloi*
Elizabeth Aloi
D.C. Bar No. 1015864
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D St. NW
Washington, DC 20532
(202) 252-7212
Elizabeth.Aloi@usdoj.gov