CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DANA GARNETT

Civil/Criminal No.: 24-cr-281

## NOTE FROM JURY

For count four, the instructions indicate that Ms. Garrett could be guilty if she indirectly sought something of value, however in the definition of "something of value" indicates that we must be unanimous that a particular sum of money was recieved. Do we need to all agree that Ms. Garrett actually recieved anything? And do we have to all agree on the specific amount? Can the amount in aggregate with Ms. Bailey?

Date: 6/24/25

Time: 10:15a

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DANA GARNETT

Civil/Criminal No.: 24-cr-281

### NOTE FROM JURY

For Count 11, what government exhibit is being referred to? We are unable to locate the specific transaction ID 3256379804001

Date: 6/24/25

Time: 12:30 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DANA GARNETT

Civil/Criminal No.: 24-cr-281

## NOTE FROM JURY

We have reached a verdict

Date: 6/24/25

Time: 4:18 pm

FOREPERSON