UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
         v.                       :    CRIMINAL NO. 24-CR-281 (APM)
                                  :
DANA GARNETT,                     :
                                  :
         Defendant.               :

## VERDICT FORM

**Count One:** Conspiracy (concerning Yelake Meseretu, US Office), in violation of 18 U.S.C. § 371

_____✓_____          _____
   Guilty                 Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

✓   Receipt of a bribe

✓   Wire fraud

**Count Two: Conspiracy (concerning Donald McWhirter, General Merchandise), in violation of 18 U.S.C. § 371**

✓_____    _____
Guilty             Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

✓   Receipt of a bribe

✓   Wire fraud

**Count Three: Conspiracy (concerning Duane King, American Business), in violation of 18 U.S.C. § 371**

✓_____    _____
Guilty             Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the conspiracy as to which you are unanimous:

✓   Receipt of a bribe

✓   Wire fraud

**Count Four: Receipt of a Bribe (from Yelake Meseretu), in violation of 18 U.S.C. § 201(b)(2)**

✓_____    _____
Guilty             Not Guilty

**Count Five: Receipt of a Bribe (from Donald McWhirter), in violation of 18 U.S.C. § 201(b)(2)**

✓
_____          _____
Guilty                    Not Guilty

**Count Six: Receipt of Bribe (from Duane King), in violation of 18 U.S.C. § 201(b)(2)**

✓
_____          _____
Guilty                    Not Guilty

**Count Seven: Wire Fraud (September 26, 2019), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

✓
_____          _____
Guilty                    Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

✓  Deprive another of money or property

✓  Deprive the public of the honest services of Ms. Garnett

**Count Eight: Wire Fraud (June 23, 2020), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

__✓__ Guilty          _____ Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

✓   Deprive another of money or property

✓   Deprive the public of the honest services of Ms. Garnett

**Count Nine: Wire Fraud (September 9, 2019), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

__✓__ Guilty          _____ Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

✓   Deprive another of money or property

✓   Deprive the public of the honest services of Ms. Garnett

4

**Count Ten: Wire Fraud (May 4, 2021), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

_____          ✓ _____
Guilty                              Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

___   Deprive another of money or property

___   Deprive the public of the honest services of Ms. Garnett

**Count Eleven: Wire Fraud (June 1, 2021), in violation of 18 U.S.C. § 981(a)(l)(C); 28 U.S.C. § 2461(c)**

_____          ✓ _____
Guilty                              Not Guilty

If you found Ms. Garnett guilty of this count, please specify the object(s) of the scheme to defraud as to which you are unanimous:

[scribbled out]   Deprive another of money or property

___   Deprive the public of the honest services of Ms. Garnett

Date: 6/24/25                                    _____
                                                                            Foreperson