IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YELAKE MESERETU,<br><br>   *Defendant.* | Case No. 24-cr-281 (APM) |

### JOINT PRETRIAL STATEMENT

  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Yelake Meseretu, by and through his counsel, respectfully submit this Joint Pretrial Statement in accordance with the Court's Pretrial Scheduling Order (ECF 111):

### STATEMENT OF THE CASE

  In this case, a grand jury has indicted defendant Yelake Meseretu with one count of conspiracy to violate federal law, two counts of bribery, and three counts of honest services wire fraud. The indictment alleges that Mr. Meseretu paid bribes and kickbacks to two public officials with D.C. Public Schools—Dana Garnett and Patricia Bailey—in return for steering DCPS business to Mr. Meseretu and purchasing supplies from Meseretu. The indictment alleges that Mr. Meseretu's payment of bribes and kickbacks influenced Garnett and Bailey in the performance of their official duties; induced Garnett and Bailey to do and omit to do an act in violation of their official duties; and influenced Garnett and Bailey to commit fraud against the United States, which includes the District of Columbia. The indictment further alleges that Mr. Meseretu's payment of bribes and kickbacks deprived the public of its right to receive honest services from Garnett and Bailey.

Mr. Meseretu denies these allegations. Specifically, Mr. Meseretu denies that he ever provided bribes or kickbacks to Ms. Garnett, and he denies that he ever provided anything of value to Ms. Bailey in exchange for Ms. Bailey steering DCPS business to him, or for purchasing supplies from his company, or facilitating entry into a DCPS purchasing program. To the extent that Mr. Meseretu provided anything to Ms. Bailey, it was not done in exchange for any illicit or illegal purpose.

## PROPOSED VOIR DIRE

**BY THE GOVERNMENT:**

The government asks that the Court include the following questions in addition to its standard *voir dire* questions provided at ECF 15-1:

1. If you are employed, do you work for the District of Columbia government, the District of Columbia Public Schools, or as a contractor for either the D.C. government or DCPS?

2. During this trial, you may learn that the government has entered into court-approved plea agreements with one or more witnesses who may testify at trial. You will hear that as part of their plea agreements, they have agreed to testify in this case and that they hope to receive a more lenient sentence from the judge in return for her truthful cooperation with the government. Plea agreements like these are lawful and the government is permitted to enter into them.

   Do you have an opinion—whether positive or negative—about witnesses who testify for the prosecution under a plea agreement or cooperate with the Government?

**BY MR. MESERETU:**

Mr. Meseretu asks that the Court include the following questions in addition to its standard *voir dire* questions provided at ECF 15-1:

1. With respect to Question 3 in the Court's Standard Proposed Voir Dire, ECF No. 15-1, Mr. Meseretu asks that the Court include the following sentence after reading the parties' witness list: "Do you know any of the witnesses who have been introduced to you, or have you ever had any dealings with their organizations?"

## LIST OF WITNESSES

A. <u>Government Witnesses</u>
1. Special Agent Elizabeth Hadley, FBI
2. Special Agent Christopher Keefe, FBI
3. Special Agent Matthew Gano, FBI
4. Special Agent Garrett Churchill, FBI
5. Special Agent Kenneth Algood, DC-OIG
6. Special Agent Charles Polster, FBI CART
7. Special Agent Stacy Shahrani, FBI CART
8. Forensic Examiner Jeffrey Ralston, FBI CART
9. Ms. Patricia Bailey, DCPS
10. Mr. Dennis Rowe, DCPS
11. Ms. Tracy Hatton, DCPS
12. Ms. Delaney Lerch, Financial Analyst, US Attorney's Office-DC

B. <u>Defense Witnesses</u>
1. Cindy Ortiz, U.S. Office Supplies
2. Dennis Rowe, DCPS
3. Vernon Mack, DCPS
4. Kirubel Meseretu, U.S. Office Supplies
5. Lee Chaffin
6. Abbie Fekadu-Sellassie
7. Bizunesh K. Eshete
8. Chip Hockeimer, Paralegal, Schertler Onorato Mead and Sears
9. Government Agents and Witnesses Identified Above

## EXHIBIT LISTS

The government has attached an exhibit list of evidence that it may introduce in its case-in-chief at Exhibit A hereto. The defendant has attached a list of exhibits that it may introduce in

3

the defense case at Exhibit B hereto. The parties intend to exchange pre-marked exhibits by September 10, 2025. The parties will be prepared to raise objections to any proposed exhibit at the Pretrial Conference.

## STIPULATIONS

At this point in time, the parties have not agreed to any stipulations, but will advise the Court if stipulations are reached prior to trial.

## PROPOSED JURY INSTRUCTIONS

The parties are continuing to work toward joint proposed jury instructions and hope to have these ready for the Court's review by Thursday. A copy of these proposed jury instructions in MS Word format will be transmitted by email to mehta_chambers@dcd.uscourts.gov.

## PROPOSED VERDICT FORM

A copy of the verdict form for has been transmitted by email to mehta_chambers@dcd.uscourts.gov. A copy of the proposed verdict form is also attached as Exhibit C hereto.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By:   /s/*Christopher R. Howland*
      Christopher R. Howland
      John Witherspoon Borchert
      Assistant United States Attorneys
      D.C. Bar No. 1016866 (Howland)
      601 D Street, N.W.
      Washington, D.C. 20530
      Christopher.Howland@usdoj.gov

By:   /s/*Daivd Schertler*
      David Schertler

5

        Noah Cherry
        SCHERTLER ONORATO MEAD & SEARS, LLP
        555 13th Street, N.W., Suite 500 West
        Washington, D.C. 20004
        dschertler@schertlerlaw.com
        ncherry@schertlerlaw.com
        (Telephone:  (202) 628-4199
        *Counsel for Yelake Meseretu*

September 8, 2025